UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        No. 3:20-CR-30012

ANDY BRIAN TODD                                                                        DEFENDANT

## ORDER

Defendant filed a motion (Doc. 36) requesting reimbursement of money taken from his account with the Bureau of Prisons. The motion will be denied. The Court sentenced Defendant on April 8, 2021. A mandatory $100 special assessment under 18 U.S.C. § 3013(a)(2)(A) was imposed as part of the sentence and was due immediately. The funds removed from Defendant's BOP account represent an unpaid portion of that special assessment, and funds will continue to be removed from Defendant's account until the full amount is satisfied.

IT IS THEREFORE ORDERED that the motion (Doc. 36) is DENIED.

IT IS SO ORDERED this 29th day of November, 2021.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE